marks omitted). To obtain mandamus relief, a petitioner must establish that:

(1) he has a clear and indisputable right to the relief sought; (2) the responding party has a clear duty to do the specific act requested; (3) the act requested is an official act or duty; (4) there are no other adequate means to attain the desired relief; and (5) the issuance of the writ will effect right and justice in the circumstances.

*In re Braxton,* 258 F.3d 250, 261 (4th Cir. 2001). Asbury's petition has not established that he has a clear right to the relief he seeks. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and would not aid the decisional process.

*PETITION DENIED*

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James T. Smith petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 (2012) petition. He seeks an order from this court directing the district court to act. We conclude that the present record does not reveal undue delay in the district court. Accordingly, we deny Smith's petition and supplemental petition for mandamus relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*

IN RE: James T. SMITH, Petitioner.

No. 17-2214

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 16, 2018

James T. Smith, Petitioner Pro Se.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

My'Ka EL, Plaintiff-Appellant,

v.

R. REESE, Officer, Defendant-Appellee,

and

Charlotte Mecklenburg Police Department; M. Sullivan, Officer; S. Selogy, Officer; Meyers, Officer; Agape, Officer; K. S. Kodad, Officer; Issac, Officer; Airtone, Lieutenant; S. Mobley; T. Moore; T. Wilson; J. Fletcher, Officer; J. Parker; P. Moore; L.B. Diggs; B. Butler; Nurse Green, Sergeant; M. W. Womble; M. T. Retort; B. Scarey; T.